IN THE SUPREME COURT

**IN RE K.H. & P.D.D.**

[360 N.C. 568 (2006)]

| IN THE MATTER OF: | ) | |
|---|---|---|
| | ) | From Buncombe County |
| K.H AND P.D.D. | ) | |

No. 204A06

## ORDER

Respondent's motion to dismiss the appeal as moot is allowed, the opinion of the Court of Appeals is vacated, respondent's motion for extension of time to file brief is dismissed as moot, and the guardian ad litem's petition for discretionary review is denied.

By Order of the Court in Conference, this 17th day of August 2006.

Timmons-Goodson, J.
For the Court